IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEBBY RHODEN,

    Plaintiff,               :        Case No. 2:20-cv-1424

v.                                      Judge Sarah D. Morrison
                                       Magistrate Judge Elizabeth
                                       Preston Deavers

GT PIZZA INC., *et al.*,
                                       :

    Defendants.

## ORDER

On December 28, 2020, the parties filed a Joint Status Report (ECF No. 27) informing the Court that Plaintiff's counsel has been unable to contact or communicate with Plaintiff Debby Rhoden. As such, Plaintiff's counsel requests that Ms. Rhoden's claims be dismissed without prejudice. The request is **GRANTED**. This case is **DISMISSED** without prejudice, each party to bear its own fees and costs. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                  /s/ Sarah D. Morrison
                                                  **SARAH D. MORRISON**
                                                  **UNITED STATES DISTRICT JUDGE**